Barry N. PATTERSON, Plaintiff—
Appellant,

v.

Dora B. SCHRIRO, Director, Director,
sued in her individual & official ca-
pacity; et al., Defendant—Appellee.

No. 05–16032.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 13, 2006.*

Filed Feb. 17, 2006.

Barry N. Patterson, Florence, AZ, pro
se.

Before: FERNANDEZ, RYMER, and
BYBEE, Circuit Judges.

MEMORANDUM **

Arizona state prisoner Barry N. Patter-
son appeals pro se from the district court's
judgment dismissing his 42 U.S.C. § 1983
action pursuant to 28 U.S.C.
§ 1915(e)(2)(B)(ii). We have jurisdiction
pursuant to 28 U.S.C. § 1291. We review
de novo, *Barren v. Harrington*, 152 F.3d
1193, 1194 (9th Cir.1998) (order), and we
affirm.

The district court properly dismissed
Patterson's Fourth Amendment claim be-
cause the Fourth Amendment does not
protect an inmate from seizure and de-
struction of personal property. *See Hud-*

*son v. Palmer*, 468 U.S. 517, 528 n. 8, 104
S.Ct. 3194, 82 L.Ed.2d 393 (1984).

To the extent Patterson asserts a due
process claim, it fails because he does not
allege that he was deprived of a meaning-
ful grievance procedure, *see id.* at 536, 104
S.Ct. 3194 (intentional and negligent depri-
vations of property do not violate due pro-
cess rights if the State provides an ade-
quate post-deprivation remedy), or that his
deprivations were not justified by legiti-
mate and established prison policies, *see*
*Turner v. Safley*, 482 U.S. 78, 89–90, 107
S.Ct. 2254, 96 L.Ed.2d 64 (1987).

All remaining contentions lack merit.

**AFFIRMED.**

UNITED STATES of America,
Plaintiff—Appellee,

v.

Otto Bear CHILD, Defendant—
Appellant.

No. 05–35135.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the

Submitted Feb. 13, 2006.*

Decided Feb. 17, 2006.

Marcia Good Hurd, Esq., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Otto Bear Child, Florence, CO, pro se.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

### MEMORANDUM **

Otto Bear Child appeals from the district court's order denying his 28 U.S.C. § 2255 motion challenging the 220–month sentence imposed following a jury trial conviction for abusive sexual contact, in violation of 18 U.S.C. § 2241(c) and 1153. We have jurisdiction pursuant to 28 U.S.C. § 2253(a). We review de novo, *United States v. Day,* 285 F.3d 1167, 1169 (9th Cir.2002), and we affirm.

The issue of whether *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), are retroactively applicable to cases on collateral review is foreclosed by *United States v. Cruz,* 423 F.3d 1119 (9th Cir.2005). The district court

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

therefore properly denied the § 2255 motion.

**AFFIRMED**

**John W. COLEMAN, Plaintiff—Appellant,**

v.

**Michael CHERTOFF, Secretary, Department of Homeland Security; et al., Defendants—Appellees.**

**No. 05–16040.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 17, 2006.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).